# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNEY JACKSON,<br><br>　　　　　Petitioner,<br>　　vs.<br>M. MCDONALD, Warden,<br>　　　　　Respondent. | Case No. CV 13-963 GW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE:  August 6, 2014

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE