# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNEY JACKSON, | Case No. CV 13-963 GW (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| M. MCDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: August 6, 2014

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE